FILED
JUN 11 2019
TIMOTHY M. O'BRIEN CLERK
By_____CA_____Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Tyrece Edwards_____ )
_____ )
_____ )
_____ )
(Enter above the full name of the Plaintiff(s) )
                                               )
vs.                                            ) Case Number 2:19-CV-2290-CM-JPO
                                               )
Kennedy Berkley Yarnevich Williamson and Lawrence G. Michel
Name                                           )
119 West Iron Ave. 7th Floor                   )
Street and number                              )
Salina            KS           67401           )
City              State        ZipCode

(Enter above the full name and address of the
Defendant in this action – list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.   Parties to this civil action:

     (In item A below, place your name in the first blank and place your present address in the
     second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

     A.   Name of plaintiff Tyrece Edwards

          Address 837 Hemlock Drive

          Salina KS 67401

1

STATEMENT OF CLAIMS

A. Larry Michels of the law office of Kennedy Berkley Williamson and Yarnevich (KBWY) 119 w. iron ave 7th fl. I Tyrece Edwards entered into an attorney-client relationship on or about June 10th 2016.

B. Mr. Michels and KBWY represented Tyrece Edwards in case number 2016-cv-4142, King and Edwards v. The Rib Crib, King et al v. The Rib Crib.

C. During his representation Mr. Michels failed to exercise the care, skill, and diligence that are commonly exercised by attorneys which resulted in negligence.

   1. Mr. Michels signed the correct document to file under our requested statue of 1981 intentional race discrimination. Instead he changed the document (initial disclosure) to state vii without anyone's consent.(no pleading entered to the courts).

   2. Mr. Michels created a protective order without client's consent or knowledge. In addition, Mr. Michels also failed to obtain a signature of Mr. Edwards or Mr King for this protective order.

   3. Mr. Michels and his assistant Tallie Baetz misplaced witness statements on more than one occasion. They also altered, edited, or changed the witness statement of Evan Schneider.

   4. Mr. Michels decided to keep the original witness statement of Mychal Spriggs in his personal notes rather than submitting it as evidence.

   5. Mr. Michels is caught by audio recording lying and apologizing.

   6. Mr. Michels failed to include Mr. Edward's claims for his medical condition after several requests by Mr. Edwards. This was originally agreed to be done in June 2016.

   7. Mr. Michels failed to actively participate in the depositions of Mr. Edwards, Mr. King, and Mr. Spriggs.

   8. Mr. Michels attended depositions and mediation without any materials or documents pertaining to the case.

STATEMENT OF CLAIMS

9. Mr. Michels failed to follow through with the depositions of witnesses for the defense.

10. After 9 months of requesting Mr. Michels to amend the statute to which the case was filed under he did so. When this happened he offered no reason as to why it took so long. The judge therefore denied his request due to timeliness only.

11. Mr. Michels did not inform Mr. Edwards on the process of how his law firm operated. (ie. multiple attorneys authored documents.(district clerk Angela coble).

12. Mr. lance Cochran & lead att. Larry michels created plaintiffs initial disclosures reading 1981a. Larry changed the statue to which the case was filed under on the plaintiff's initial disclosures to title vii.

D. Mr. Michels was egregious to his client Mr. Edwards. These lies resulted in a breach of duty.

13. Mr. Michels lied about having three discs provided by the defense as part of discovery.

14. Mr. Michels lied about the initial meet and greet with the judge stating his clients were not to be on the call with him.

15. Mr. Michels lied about which statue was correct when filing the case.

16. Mr. Michels lied about the EEOC investigation and the obtaining of a right to sue. Ethics

E. Mr. Michels took payment from the defense as payment for representing both Mr. King and Mr. Edwards in December of 2017. This was after he withdrew as the attorney for Mr. Edwards in October 2017. This results in a breach of contract since he stated that Mr. Edwards did not owe anything at the time he withdrew as does Mr. Edwards agreement.

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B.  Defendant Lawrence G. Michel is employed at Kennedy Berkley Yarnevich Williamson as an attorney

C.  Additional Defendants Kennedy Berkley Yarnevich Williamson Law Firm

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:
1. Plaintiff is a citizen of the State of _____ Kansas _____.
2. The first-named defendant above is either
   a. a citizen of the State of _____ Kansas _____; or
   b. a corporation incorporated under the laws of the State of _____ Kansas _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either
   a. a citizen of the State of _____ Kansas _____; or
   b. a corporation incorporated under the laws of the State of _____ Kansas _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

2

B.     (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

☐ 1.     This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article____, Section____; Statute, US Code, Title____, Section____.

☒ 2.     This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☒ 3.     Other grounds (specify and state any statute which gives rise to such grounds):

Negligence Legal Malpractice

III.     Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

Mr. Michel filed untimely, along with altering witness statements, lying to the judge or court, breaching our contract, and acting with negligence.

IV.     Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

3

$665,952 and I pray the court grants me a chance to show evidence to why I deserve this relief if not more. Mr. Michel's egregious behavior has caused me hardship.

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☐  No ☒

VI. Do you claim actual damages for the acts alleged in your complaint? Yes ☒  No ☐

VII. Do you claim punitive monetary damages? Yes ☒  No ☐

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

In excess of $650,000 due to legal malpractice.

4

VIII. Administrative Procedures:

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes [X]   No [ ]

B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

Bar Association 10/2018 no investigation was done. None of my witnesses were called.

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

IX. Related Litigation:

Please mark the statement that pertains to this case:

[ ] This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

[X] Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_____
Signature of Plaintiff

Tyrece Edwards
Name (Print or Type)

837 Hemlock Drive
Address

5

| Salina | KS | 67401 |
|---|---|---|
| City | State | Zip Code |

903-335-3227
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { [ ] Wichita, [X] Kansas City, or [ ] Topeka }, Kansas as the
(Select One)
location for the trial in this matter.

*Signature of Plaintiff*

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { [X] Yes or [ ] No }
(Select One)

*Signature of Plaintiff*

Dated: 6-1-19
(Rev. 10/15)

6

800 ℗